UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **TREVOR HIGGINS,** | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-12155-NMG |
| | ) | |
| **COLETTE GOGUEN** | ) | |
| Respondent. | ) | |
| | ) | |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

## RESPONDENT'S SUPPLEMENTAL ANSWER

## VOLUME I

**S.A.**

Suffolk Superior Court Docket Sheets,
*Commonwealth v. Trevor Higgins,* No. 1084CR10265……………………….………....1

Massachusetts Appeals Court Docket Sheets,
*Commonwealth v. Trevor Higgins*, No. 2010-P-1407…………………………..….......25

Brief and Record Appendix for the Defendant,
*Commonwealth v. Trevor Higgins*, No. 2010-P-1407…………………………..….......29

Brief for the Commonwealth,
*Commonwealth v. Trevor Higgins*, No. 2010-P-1407………………….....……..…….217

*Commonwealth v. Trevor Higgins*, 89 Mass. App. Ct. 1136, 55 N.E.3d 434 (2016)........275

Massachusetts Supreme Judicial Court Docket Sheet,
*Commonwealth v. Trevor Higgins*, No. FAR-24615…………………………….……285

Application for Further Appellate Review,
*Commonwealth v. Trevor Higgins*, No. 2014-P-1407..………………………..…………287

*Commonwealth v. Trevor Higgins*, 476 Mass. 1102, 63 N.E.3d 386 (2016)(Table)…….381

## TRIAL TRANSCRIPTS

The following fourteen volumes of transcripts, which relate to the state court conviction at issue in the case of *Commonwealth v. Higgins,* Suffolk Superior Court No. 1284CR10265 are included with this Supplemental Answer. The Respondent did not include **all** of the pre-trial motions with this supplemental answer; however, the additional pre-trial transcripts are available should this Court request them.

1. *Commonwealth v. Higgins,* Suffolk Superior Court No. 1284CR10265 Pre-Trial Motion on October 18, 2013.

2. *Commonwealth v. Higgins,* Suffolk Superior Court No. 1284CR10265 Pre-Trial Motion on October 28, 2013.

3. *Commonwealth v. Higgins,* Suffolk Superior Court No. 1284CR10265 Day One of Trial October 31, 2013.

4. *Commonwealth v. Higgins,* Suffolk Superior Court No. 1284CR10265 Day Two of Trial November 4, 2013.

5. *Commonwealth v. Higgins,* Suffolk Superior Court No. 1284CR10265 Day Three of Trial November 5, 2013.

6. *Commonwealth v. Higgins,* Suffolk Superior Court No. 1284CR10265 Day Four of Trial November 6, 2013.

7. *Commonwealth v. Higgins,* Suffolk Superior Court No. 1284CR10265 Day Five of Trial November 7, 2013.

8. *Commonwealth v. Higgins,* Suffolk Superior Court No. 1284CR10265 Day Six of Trial November 8, 2013.

9. *Commonwealth v. Higgins,* Suffolk Superior Court No. 1284CR10265 Day Seven of Trial November 12, 2013.

10. *Commonwealth v. Higgins,* Suffolk Superior Court No. 1284CR10265 Day Eight of Trial November 13, 2013.

11. *Commonwealth v. Higgins,* Suffolk Superior Court No. 1284CR10265 Day Nine of Trial November 14, 2013.

12. *Commonwealth v. Higgins,* Suffolk Superior Court No. 1284CR10265
    Day Ten of Trial November 18, 2013.

13. *Commonwealth v. Higgins,* Suffolk Superior Court No. 1284CR10265
    Day Eleven of Trial November 19, 2013.

14. *Commonwealth v. Higgins,* Suffolk Superior Court No. 1284CR10265
    Sentencing, Day Twelve of Trial November 22, 2013.

                                              Respectfully submitted,

                                              MAURA HEALEY

                                              /s/ Eva M. Badway
                                              Eva M. Badway
                                              Assistant Attorney General
                                              Criminal Bureau
                                              One Ashburton Place
                                              Boston, Massachusetts 02108
                                              (617) 963-2824
Dated:  December 8, 2017                     BBO # 635431

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 8, 2017.

                                              /s/ Eva M. Badway
                                              Eva M. Badway